**DISMISS and Opinion Filed October 18, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00781-CV

### IN RE ANDREW PHILLIP KIRK AND ROBYN LUCILLE CURTIS, Relators

**Original Proceeding from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-04698**

## MEMORANDUM OPINION

Before Justices Whitehill, Partida-Kipness, and Pedersen, III
Opinion by Justice Whitehill

Relators have filed a motion to withdraw their petition of writ of mandamus. In the motion, relators state that the parties have finally settled and resolved their underlying dispute and that an Agreed Final Judgment was entered by the 160th judicial district court on or about October 4, 2019. Accordingly, without passing on the merits of the case, we grant relators' motion to withdraw their petition for writ of mandamus and dismiss this proceeding. *See* Tex. R. App. P.42.1.


/Bill Whitehill/
BILL WHITEHILL
JUSTICE

190781F.P05